IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 21-1453 (RGA) |
| NETLIST, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadlines for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. to file their Answering Brief in opposition to Defendant Netlist, Inc.'s Motion to Dismiss (D.I. 10) and/or to file an Amended Complaint under Fed. R. Civ. P. 15(a)(1)(B) are extended to January 18, 2022. The parties further agree that the time for Netlist to file a reply brief in support of its Motion to Dismiss is extended to February 9, 2022, and the time for Netlist to respond to any amended complaint is extended to February 16, 2022.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          SHAW KELLER LLP

*/s/ Rodger D. Smith II*                                */s/ Nathan R. Hoeschen*

_____          _____
Jack B. Blumenfeld (#1014)                      Karen E. Keller (#4489)
Rodger D. Smith II (#3778)                      Andrew E. Russell (#5382)
1201 North Market Street                         Nathan R. Hoeschen (#6232)
P.O. Box 1347                                          I.M. Pei Building
Wilmington, DE  19899                            1105 North Market Street, 12th Floor
(302) 658-9200                                         Wilmington, DE  19801
jblumenfeld@morrisnichols.com              (302) 298-0700
rsmith@morrisnichols.com                        kkeller@shawkeller.com
                                                               arussell@shawkeller.com
*Attorneys for Plaintiffs*                            nhoeschen@shawkeller.com

                                                               *Attorneys for Defendant*

December 30, 2021

SO ORDERED this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE