IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC. | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1453-RGA |
| v. | ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant. | ) | |

**DEFENDANT NETLIST, INC.'S MOTION TO DISMISS PLAINTIFFS'**
**FIRST AMENDED COMPLAINT (D.I. 14)**

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Netlist, Inc. ("Netlist"), by and through its undersigned counsel, hereby moves to dismiss the First Amended Complaint for Declaratory Judgment of Non-infringement and Unenforceability; Breach of Contract (D.I. 14) filed by Plaintiffs Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc., for lack of subject matter jurisdiction and failure to state a claim on which relief can be granted. Netlist's motion is supported by the Opening Brief filed herewith and the exhibits attached hereto.

                                                                                                     Respectfully submitted,

                                                                                                     */s/ Karen E. Keller*
                                                                                                      Karen E. Keller (No. 4489)
                                                                                                      SHAW KELLER LLP
                                                                                                      I.M. Pei Building
                                                                                                      1105 N Market St, 12th Floor
                                                                                                      Wilmington, Delaware 19801
                                                                                                      (302) 298-0700
                                                                                                      kkeller@shawkeller.com
Dated: February 16, 2022                              *Attorneys for Defendant Netlist, Inc.*