

Karen E. Keller
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702 - Direct
kkeller@shawkeller.com

February 18, 2022

**VIA CM/ECF**
The Honorable Richard G. Andrews
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, C.A. No. 21-1453-RGA

Dear Judge Andrews:

    Pursuant to D. Del. L.R. 7.1.4, Netlist, Inc. respectfully requests oral argument on Netlist's Motion to Dismiss Plaintiffs' First Amended Complaint (D.I. 24) and Plaintiffs' Motion for Leave to File Second Amended Complaint filed by Plaintiffs Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (D.I. 18). Briefing is complete as to D.I. 18, but is not yet complete as to D.I. 24.

                                Respectfully,

                                */s/ Karen E. Keller*

                              Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and email)