IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NETLIST, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1453 (RGA)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING SAMSUNG'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO NETLIST'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

The Court, having considered Plaintiffs Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.'s ("Samsung's") Motion for Leave to File Sur-Reply Brief in Opposition to Defendant Netlist's Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), and good cause being shown therefore,

It is hereby ORDERED, this ____ day of _____, 2022, that the Motion is GRANTED and Samsung is permitted to file the Sur-Reply Brief submitted as Exhibit A to the Motion.

_____
The Honorable Richard G. Andrews
United States District Judge