IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 21-1453-RGA ) ) ) ) ) ) |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF (D.I. 29)**

Upon consideration of Plaintiffs' Motion for Leave to File Sur-Reply Brief (D.I. 29), Defendant Opposition, and exhibits submitted therewith,

IT IS HERBY ORDERED THAT Plaintiffs' Motion (D.I. 29) is **DENIED**.

SO ORDERED this _____ day of _____ 2022.

_____
The Honorable Richard G. Andrews
United States District Judge