IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Plaintiffs;<br><br>v.<br><br>NETLIST, INC.,<br><br>Defendant. | Civil Action No. 21-1453-RGA |

ORDER

For the reasons stated in the accompanying memorandum opinion, IT IS HEREBY ORDERED that Samsung's Motion for Leave to File Second Amended Complaint (D.I. 18) is DENIED. Netlist's Motion to Dismiss First Amended Complaint (D.I. 24) is GRANTED-IN-PART. Counts IV, V, VI, VII, X and XI are DISMISSED. Samsung's Motion for Leave to File Sur-Reply Brief (D.I. 29) is DISMISSED AS MOOT.

Entered this 1 day of August, 2022.

/s/ Richard G. Andrews
United States District Judge