# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH |
| NETLIST, INC., <br><br> Counter-Plaintiff, <br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) |
| NETLIST, INC., <br><br> Cross-Plaintiff, <br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Cross-Defendants. | ) ) ) ) ) ) ) ) ) ) |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the time for Google LLC and Alphabet Inc. to move, answer, or otherwise respond to the Cross-Claims (D.I. 45) is extended through and including November 3, 2022 (i.e., 30 days from the original deadline of October 4, 2022).

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Kelly E. Farnan* |
| Karen E. Keller (#4489) | Kelly E. Farnan (#4395) |
| Emily S. DiBenedetto (#6779) | Richards, Layton & Finger, P.A. |
| Shaw Keller LLP | One Rodney Square |
| I.M. Pei Building | 920 North King Street |
| 1105 North Market Street | Wilmington, DE 19801 |
| 12th Floor | (302) 651-7700 |
| Wilmington, DE 19801 | farnan@rlf.com |
| (302) 298-0700 | |
| kkeller@shawkeller.com | *Attorney for Cross-Defendants Google LLC and* |
| edibenedetto@shawkeller.com | *Alphabet Inc.* |

*Attorneys for Defendant, Counter-Plaintiff, and Cross-Plaintiff, Netlist, Inc.*

Dated:  October 6, 2022

       SO ORDERED this ___day of _____, 2022.

                                                                                    United States Magistrate Judge