IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br> NETLIST, INC. <br><br> Counter-Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter-Defendants. <br> NETLIST, INC., <br><br> Cross-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Cross-Defendants, | C.A. No. 21-1453 (RGA) (JLH) |

**STIPULATION AND [PROPOSED] ORDER**

      IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed Scheduling Order and joint letter to the Court as required by the Court's September 30, 2022 Oral Order (D.I. 54) is hereby extended until November 2, 2022, in order to permit the parties additional time to meet and confer concerning the proposed Scheduling Order and the joint letter to the Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Rodger D. Smith II* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com | Karen E. Keller (#4489)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.,* | *Attorneys for Defendant, Counter-Plaintiff, and Cross-Plaintiff Netlist, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 658-9200
farnan@rlf.com

*Attorneys for Cross-Defendants Google LLC and Alphabet Inc.*

October 31, 2022

        SO ORDERED this ___ day of _____, 2022.

                                                                                     J.