## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | C.A. No.  21-1453-RGA-JLH |
| Plaintiffs, | ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant. | ) | |
| NETLIST, INC., | ) ) | |
| Counter-Plaintiff, | ) | |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | |
| Counter-Defendants. | ) | |
| NETLIST, INC., | ) ) | |
| Counter-Plaintiff, | ) | |
| v. | ) ) ) | |
| GOOGLE LLC AND ALPHABET INC., | ) ) | |
| Counter-Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of Alphabet Inc. ("Alphabet") and Google LLC's ("Google") Motion to Dismiss Google and Alphabet, Or Alternatively, Sever and Stay And Dismiss Willfulness and Indirect Infringement Allegations ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, the Court **ORDERS** that Alphabet is **DISMISSED** from this matter pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) and/or Rule 21.  The Court further **ORDERS** that Google is **DISMISSED** from this matter pursuant to Rule 21.

SO ORDERED this _____ day of _____ 2022.

_____
UNITED STATES MAGISTRATE JUDGE