IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1453 (RGA)(JLH) |
| NETLIST, INC., <br><br> Counter Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.'s First Set of Interrogatories to Netlist, Inc. (Nos. 1-19)*; and (2) *Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.'s First Set of Requests for Production of Documents to Netlist, Inc. (Nos. 1-65)*, were caused to be served on November 16, 2022, upon the following in the manner indicated:

Karen E. Keller, Esquire  *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant*

Jason Sheasby, Esquire  *VIA ELECTRONIC MAIL*
H. Annita Zhong, Esquire
Michael Tezyan, Esquire
Yanan Zhao, Esquire
Thomas C. Werner, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
*Attorneys for Defendant*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
OF COUNSEL: Rodger D. Smith II (#3778)
1201 North Market Street
Brian Nester P.O. Box 1347
COVINGTON & BURLING LLP Wilmington, DE 19899
One CityCenter (302) 658-9200
850 Tenth Street, NW jblumenfeld@morrisnichols.com
Washington, DC 20001-4956 rsmith@morrisnichols.com
(202) 662-6000
*Attorneys for Plaintiffs*

Alice J. Ahn
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

November 16, 2022

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 16, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Jason Sheasby, Esquire<br>H. Annita Zhong, Esquire<br>Michael Tezyan, Esquire<br>Yanan Zhao, Esquire<br>Thomas C. Werner, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)