IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br><br>――――――――――――――――― <br> NETLIST, INC. <br><br> Counter Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter Defendants. | ) ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Netlist, Inc. to respond to Google LLC and Alphabet Inc.'s Motion to Dismiss or Alternatively, Sever and Stay and Dismiss Willfulness and Indirect Infringement Allegations ("Motion") (D.I. 63) shall be extended until December 6, 2022. The parties further stipulate that the time for Google LLC and Alphabet Inc. to file a reply brief in support of its Motion is extended through and including December 20, 2022.

<table>
<tr><td>

/s/ Kelly E. Farnan
Kelly E. Farnan (No. 4395)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square, Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com
*Attorneys for Google LLC and Alphabet Inc.*

Dated: November 21, 2022

</td><td>

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*

</td></tr>
</table>

SO ORDERED, this _____ day of _____, 2022.

_____
United Stated District Judge