IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | C.A. No.  21-1453-RGA-JLH |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| NETLIST, INC., | ) ) ) | |
| Defendant. | ) | |
| NETLIST, INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) | |
| Counter-Defendants. | ) | |
| NETLIST, INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| GOOGLE LLC AND ALPHABET INC., | ) ) | |
| Counter-Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 23, 2022, a true and correct copy of Counterclaim Defendants Google LLC and Alphabet Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) was caused to be served on the following counsel as indicated:

1

| | |
|---|---|
| **BY E-MAIL** | **BY E-MAIL** |
| Karen E. Keller<br>Nathan Hoeschen<br>Emily DiBenedetto<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 N Market St, 12th Floor<br>Wilmington, Delaware 19801 | Jason G. Sheasby<br>Hong Annita Zhong<br>Michael Tezyan<br>Thomas C. Werner<br>Yanan Zhao<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067 |
| | /s/ Kelly E. Farnan<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A. |
| OF COUNSEL: | One Rodney Square<br>920 North King Street |
| David A. Perlson<br>Jonathan Tse<br>Michael Trombetta<br>Elle Wang<br>Quinn Emanuel Urquhart & Sullivan LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>(415) 875-6600 | Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br><br>*Attorney for Counter-Defendants Google LLC and Alphabet Inc.* |
| Deepa Acharya<br>Jared Newton<br>Quinn Emanuel Urquhart & Sullivan LLP<br>1300 I Street, NW<br>Washington, DC 20005<br>(202) 538-8000 | |

Dated: November 23, 2022