IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br> NETLIST, INC. <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter-Defendants. | C.A. No. 21-1453 (RGA) (JLH) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the Scheduling Order submitted by the parties and entered by the Court (D.I. 61) contains certain inconsistencies between the dates set forth in the body of the Scheduling Order and those set forth in the table of dates attached to the Scheduling Order, and certain other deadlines set forth in the Scheduling Order fall on federal holidays; and

WHEREAS, the parties wish to correct those inconsistencies and adjust the dates to avoid federal holidays;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, as follows:

1. The parties shall submit a proposed Protective Order for consideration by the Court (D.I. 61, ¶ 3) no later than December 27, 2022;

      2.      Netlist shall produce the file history for each asserted patent (*id.*, ¶ 7.a) no later than December 2, 2022;

      3.      The deadline for the parties to exchange their lists of claim terms/phrases that they believe need construction (*id.*, ¶ 11) shall be June 16, 2023;

      4.      The deadline for the parties to file their Joint Claim Construction Chart (*id.*, ¶ 11) shall be July 3, 2023; and

      5.      The deadline for Netlist to serve its opening claim construction brief (*id.*, ¶ 12) shall be July 18, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Rodger D. Smith II (#3778) | Emily S. DiBenedetto (#6779) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| rsmith@morrisnichols.com | edibenedetto@shawkeller.com |
| *Attorneys for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.,* | *Attorneys for Netlist, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE  19801
(302) 658-9200
farnan@rlf.com

*Attorneys for Google LLC and Alphabet Inc.*

November 30, 2022

SO ORDERED this ___ day of _____, 2022.

_____
J.