IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br>  Plaintiffs and Counter Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br>  Defendant and Counter Plaintiff. | ) ) ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH ) ) ) ) ) ) |
| NETLIST, INC., <br><br>  Counter Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br>  Counter Defendants. | ) ) ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER DENYING COUNTER-DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, SEVER AND STAY AND DISMISS WILLFULNESS AND INDIRECT INFRINGEMENT ALLEGATIONS (D.I. 63)**

Upon consideration of Counter Defendants Google LLC and Alphabet Inc.'s Motion to Dismiss Google and Alphabet, or Alternatively, Sever and Stay and Dismiss Willfulness and Indirect Infringement Allegations (D.I. 63) ("Motion to Dismiss"), Counter Plaintiff Netlist, Inc.'s Opposition, and the exhibits submitted therewith,

IT IS HEREBY ORDERED THAT Counter Defendants' Motion to Dismiss (D.I. 63) is **DENIED.**

SO ORDERED this _____ day of _____, 2022

_____
United States Magistrate Judge