

Karen E. Keller
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702 - Direct
kkeller@shawkeller.com

December 27, 2022

**VIA CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, No. 21-1453-RGA-JLH

Dear Judge Hall:

    Pursuant to D. Del. L.R. 7.1.4, Netlist, Inc. respectfully requests oral argument on Alphabet Inc. and Google LLC's Motion to Dismiss Google and Alphabet, or Alternatively, Sever and Stay and Dismiss Willfulness and Indirect Infringement Allegations (D.I. 63).

    Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 64, 74, and 76. The reply brief was filed on December 20, 2022.

                                  Respectfully,

                                  */s/ Karen E. Keller*

                                  Karen E. Keller (No. 4489)

cc:    Clerk of the Court (by CM/ECF & Hand Delivery)
        All counsel of record (by CM/ECF and E-Mail)