**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) | |
| | ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 21-1453-RGA-JLH |
| v. | ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant. | ) | |
| NETLIST, INC., | ) ) | **REDACTED PUBLIC VERSION** |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | |
| Counter-Defendants. | ) ) | |
| NETLIST, INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| GOOGLE LLC AND ALPHABET INC., | ) ) | |
| Counter-Defendants. | ) | |

**EXHIBITS 1-2 TO**

**REPLY IN SUPPORT OF MOTION TO DISMISS GOOGLE AND ALPHABET, OR
ALTERNATIVELY, SEVER AND STAY AND DISMISS WILLFULNESS AND
<u>INDIRECT INFRINGEMENT ALLEGATIONS</u>**

RLF1 28376425v.1

OF COUNSEL:

David A. Perlson
Jonathan Tse
Michael Trombetta
Elle Wang
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Deepa Acharya
Jared Newton
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW
Washington, DC 20005
(202) 538-8000


Dated:  December 20, 2022

Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorney for Counter-Defendants Google LLC
and Alphabet Inc.*

RLF1 28376425v.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2022, true and correct copies of the foregoing

document were caused to be served on the following counsel of record as indicated:

**BY ELECTRONIC MAIL**
Jack B. Blumenfeld
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Brian Nester
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956

**BY ELECTRONIC MAIL**
Alice J. Ahn
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
farnan@rlf.com