IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br><br> NETLIST, INC. <br><br> Counter Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter Defendants. | C.A. No. 21-1453-RGA-JLH |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order for consideration by the Court (D.I. 61, ¶ 3) is extended from January 17, 2023 (D.I. 78) to January 31, 2023.

| | |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (No. 1014) | Karen E. Keller (No. 4489) |
| Rodger D. Smith II (No. 3778) | Emily S. DiBenedetto (No. 6779) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| rsmith@morrisnichols.com | edibenedetto@shawkeller.com |
| *Attorneys for Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.* | *Attorneys for Netlist, Inc.* |

*/s/ Kelly E. Farnan*
Kelly E. Farnan (No. 4395)
RICHARDS, LAYTON & FINGER, PA
One Rodney Square, Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com
*Attorneys for Google LLC and Alphabet Inc.*

Dated: January 13, 2023

SO ORDERED this _____ day of _____ 2023.

_____
United States District Court Judge