IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 20, 2023, the following documents were served on Samsung-Netlist-COV@cov.com, qe-netlistvgoogle@quinnemanuel.com, and on the persons listed below in the manner indicated:

1) Netlist, Inc.'s Objections and Responses to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Google LLC, and Alphabet Inc.'s Corrected First Set of Interrogatories (Nos. 1-18)

2) Verification to Netlist's Objections and Responses to Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Google LLC, and Alphabet Inc.'s Corrected First Set of Interrogatories (Nos. 1-18)

1

**BY EMAIL**
Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, PA
One Rodney Square, Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com

OF COUNSEL:
Jason Sheasby
H. Annita Zhong
Michael Tezyan
Yanan Zhao
Thomas C. Werner
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Dated: January 23, 2023

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*