IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |
| NETLIST, INC. <br><br> Counter Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 21-1453-RGA-JLH

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time

for the parties to submit a proposed Protective Order for consideration by the Court (D.I. 61, ¶ 3)

is extended from February 8, 2023 (D.I. 86) to February 15, 2023.

/s/ Rodger D. Smith II
Jack B. Blumenfeld (No. 1014)
Rodger D. Smith II (No. 3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
*Attorneys for Samsung Electronics Co., Ltd.*
*and Samsung Semiconductor, Inc.*

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*

/s/ Kelly E. Farnan
Kelly E. Farnan (No. 4395)
Richards, Layton & Finger, PA
One Rodney Square, Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com
*Attorneys for Google LLC and Alphabet Inc.*

Dated: February 8, 2023


SO ORDERED this _____ day of _____ 2023.


_____
United States District Court Judge


2