IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 28, 2023, the following document was served on Samsung-Netlist-COV@cov.com and on the persons listed below in the manner indicated:

1) Netlist, Inc.'s First Set of Requests for Production on Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Brian Nester |
| Rodger D. Smith II | Peter A. Swanson |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | COVINGTON & BURLING LLP |
| 1201 North Market Street | One CityCenter |
| P.O. Box 1347 | 850 Tenth Street, NW |
| Wilmington, DE 19899 | Washington, DC 20001-4956 |
| (302) 658-9200 | (202) 662-6000 |
| jblumenfeld@morrisnichols.com | bnester@cov.com |
| rsmith@morrisnichols.com | pswanson@cov.com |

1

Alice J. Ahn
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
aahn@cov.com

Thomas Garten
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
tgarten@cov.com

OF COUNSEL:
Jason Sheasby
H. Annita Zhong
Michael Tezyan
Yanan Zhao
Thomas C. Werner
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067

Dated: May 1, 2023

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*