IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1453-RGA-JLH |
| NETLIST, INC., | ) ) ) | |
| Defendant and Counter-Plaintiff. | ) | |
| NETLIST, INC., | ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| GOOGLE LLC AND ALPHABET INC., | ) ) | |
| Counter-Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 15, 2023, the following document was served on

the persons listed below in the manner indicated:

1)  Netlist, Inc.'s Objections and Responses to Counter-Defendants Google LLC
and Alphabet Inc.'s First Set of Requests for Production of Documents to
Netlist, Inc. (Nos. 1-32)

**BY EMAIL**

| | |
|---|---|
| Kelly E. Farnan | Deepa Acharya |
| Sara M. Metzler | Jared Newton |
| RICHARDS, LAYTON & FINGER, PA | Sandy Shen |
| One Rodney Square, Suite 600 | QUINN EMANUEL URQUHART |
| 920 N. King Street | & SULLIVAN, LLP |
| Wilmington, DE 19801 | 1300 I Street, NW |
| (302) 651-7705 | Washington, DC 20005 |
| farnan@rlf.com | (202) 538-8107 |
| metzler@rlf.com | deepaacharya@quinnemanuel.com |
| | jarednewton@quinnemanuel.com |
| | sandyshen@quinnemanuel.com |

David A. Perlson
Jonathan Tse
Michael Trombetta
Elle Wang
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidperlson@quinnemanuel.com
jonathantse@quinnemanuel.com
miketrombetta@quinnemanuel.com
ellewang@quinnemanuel.com

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*

OF COUNSEL:
Jason Sheasby
H. Annita Zhong
Thomas C. Werner
Michael Tezyan
Yanan Zhao
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Rebecca Carson
Jonathan M. Lindsay
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

Dated: May 16, 2023

2