IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br><br>―――――――――――――――――― <br> NETLIST, INC., <br><br> Counterclaim-Plaintiff, <br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counterclaim-Defendants. | C.A. No. 21-1453 (RGA) (JLH) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung") and Counterclaim-Defendants Google LLC and Alphabet Inc. (collectively, "Google") to comply with Paragraph 7.d of the Scheduling Order with respect to U.S. Patent Nos. 9,858,218 and 10,474,595 is extended to July 12, 2023. This stipulation does not alter the Paragraph 7.d deadline with respect to U.S. Patent No. 10,217,523. No party may use this extension as a basis to argue for or against

a stay of the case, nor may any party use this extension as a basis to request alteration of any deadlines in the case relating to U.S. Patent No. 10,217,523.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Rodger D. Smith II* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.* | *Attorneys for Defendant Netlist, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Counterclaim-Defendants Google LLC and Alphabet Inc.*

May 30, 2023

SO ORDERED this ___ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE