IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-1453 (RGA) (JLH) |
| v. | ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant. | ) | |
| NETLIST, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG
SEMICONDUCTOR, INC.'S MOTION TO STAY**

Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung") respectfully move for a stay of the above-captioned litigation until the later of (1) the conclusion of the parties' Federal Circuit appeals of the Patent Trial and Appeal Board's final written decisions in the *inter partes* reviews involving the three patents-in-suit (U.S. Patent Nos. 9,858,218; 10,474,595; and 10,217,523); and (2) the resolution by the Ninth Circuit of a pending appeal concerning whether Samsung has a license to the patents-in-suit. The grounds for this motion are set forth in the Opening Brief filed herewith.

i

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.*

OF COUNSEL:

Brian Nester
Peter Swanson
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
(202) 662-6000

Alice J. Ahn
Covington & Burling LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

June 1, 2023

2

## **RULE 7.1.1 CERTIFICATE**

Samsung has made reasonable efforts to resolve this dispute with Netlist.  On May 17, 2023, Samsung informed Netlist via email of its intention to move to stay the case and requested Netlist's positon. Netlist did not respond.  During the May 22, 2023 hearing, Netlist indicated that it disagreed that the case should be stayed except as to the '218 and '595 patents. Samsung raised the issue again with Netlist's counsel in person following the hearing, and Netlist confirmed that this was its position on the motion.

/s/ Rodger D. Smith II

Rodger D. Smith II (#3778)

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 1, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire                                    *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Emily S. DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaim Plaintiff*

Jason Sheasby, Esquire                                      *VIA ELECTRONIC MAIL*
H. Annita Zhong, Esquire
Michael Tezyan, Esquire
Yanan Zhao, Esquire
Thomas C. Werner, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
*Attorneys for Defendant and Counterclaim Plaintiff*

Jonathan M. Lindsay, Esquire                               *VIA ELECTRONIC MAIL*
IRELL & MANELLA LLP
840 Newport Center Dr., Ste. 400
Newport Beach, CA  92660
*Attorneys for Defendant and Counterclaim Plaintiff*

Kelly E. Farnan, Esquire                                   *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

David A. Perlson, Esquire                              *VIA ELECTRONIC MAIL*
Jonathan Tse, Esquire
Michael Trombetta, Esquire
Elle Wang, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

Deepa Acharya, Esquire                                 *VIA ELECTRONIC MAIL*
Jared Newton, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, NW
Washington, DC 20005
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*


                                        */s/ Rodger D. Smith II*

                                        _____
                                        Rodger D. Smith II (#3778)