# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., )<br><br>Plaintiffs, )<br>v. )<br>NETLIST, INC., )<br><br>Defendant. ) | C.A. No. 21-1453-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |
| NETLIST, INC., )<br><br>Counter-Plaintiff, )<br>v. )<br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., )<br><br>Counter-Defendants. ) | |
| NETLIST, INC., )<br><br>Counter-Plaintiff, )<br>v. )<br>GOOGLE LLC AND ALPHABET INC., )<br><br>Counter-Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 9, 2023, true and correct copies of the following documents: (1) Subpoena *Duces Tecum* to Intel Corp.; (2) Subpoena *Duces Tecum* to Montage Technology, Inc.; and (3) Subpoena *Duces Tecum* to Renesas Electronics America Inc. were caused to be served on the following counsel as indicated:

RLF1 28272236v.1

2

| | |
|---|---|
| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| Karen E. Keller | Jason Sheasby |
| Emily S. DiBenedetto | H. Annita Zhong |
| Shaw Keller LLP | Michael Tezyan |
| I.M. Pei Building | Yanan Zhao |
| 1105 North Market Street, 12th Floor | Thomas C. Werner |
| Wilmington, DE 19801 | Irell & Manella LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067 |

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

OF COUNSEL:

David A. Perlson
Jonathan Tse
Michael Trombetta
Elle Wang
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Deepa Acharya
Jared Newton
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW
Washington, DC 20005
(202) 538-8000

*Attorney for Counter-Defendants Google LLC and Alphabet Inc.*

Dated: June 9, 2023