IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | C.A. No. 21-1453-RGA-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 10, 2023 the following document was served on Samsung-Netlist-COV@cov.com, qe-netlistvgoogle@quinnemanuel.com and on the persons listed below in the manner indicated:

1) Netlist, Inc.'s First Set of Request for Production on Google LLC and Alphabet Inc.

**BY EMAIL**

Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

Kelly E. Farnan
RICHARDS, LAYTON & FINGER, PA
One Rodney Square, Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com

<table>
<tr><td>

Deepa Acharya
Jared Newton
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street, NW
Washington, DC 20005
(202) 538-8107
deepaacharya@quinnemanuel.com
jarednewton@quinnemanuel.com

</td><td>

David A. Perlson
Jonathan Tse
Michael Trombetta
Elle Wang
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidperlson@quinnemanuel.com
jonathantse@quinnemanuel.com
miketrombetta@quinnemanuel.com
ellewang@quinnemanuel.com

</td></tr>
<tr><td>

OF COUNSEL:
Jason Sheasby
H. Annita Zhong
Thomas C. Werner
Michael Tezyan
Yanan Zhao
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Rebecca Carson
Jonathan M. Lindsay
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

Dated: June 12, 2023

</td><td>

*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*

</td></tr>
</table>