# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>NETLIST, INC.,<br><br>                    Defendant.<br><br>_____<br><br>NETLIST, INC.,<br><br>                    Counterclaim-Plaintiff,<br><br>        v.<br><br>GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>                    Counterclaim-Defendants. | C.A. No. 21-1453 (RGA) (JLH) |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following case deadlines as reflected in the Scheduling Order (D.I. 61), as amended (D.I. 72), are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Claim Construction Brief (Netlist) | July 18, 2023 | July 24, 2023 |
| Answering Claim Construction Brief (Samsung/Google) | August 25, 2023 | August 30, 2023 |
| Reply Claim Construction Brief (Netlist) | September 8, 2023 | September 13, 2023 |
| Sur-Reply Claim Construction Brief (Samsung/Google) | September 22, 2023 | September 27, 2023 |
| Joint Claim Construction Brief | September 29, 2023 | No change |

RLF1 29299304v.1

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ *Rodger D. Smith II* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com | Karen E. Keller (#4489)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.* | *Attorneys for Defendant Netlist, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Kelly E. Farnan*

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Counterclaim-Defendants Google LLC and Alphabet Inc.*

DATED: July 17, 2023

SO ORDERED this _____ day of July, 2023.

```
                                    _____
                                    The Honorable Jennifer L. Hall
```