## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SAMSUNG ELECTRONICS CO., LTD. )
AND SAMSUNG SEMICONDUCTOR, )
INC., )
       )
               Plaintiffs, )
       )   C.A. No. 21-1453 (RGA) (JLH)
        v. )
       )
NETLIST, INC., )
       )
               Defendant. )
       )
_____ )
NETLIST, INC., )
       )
               Counterclaim-Plaintiff, )
        v. )
       )
GOOGLE LLC, ALPHABET INC., )
SAMSUNG ELECTRONICS CO., LTD. )
AND SAMSUNG SEMICONDUCTOR, )
INC., )
       )
               Counterclaim-Defendants. )

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung") and Counterclaim-Defendants Google LLC and Alphabet Inc. (collectively, "Google") to comply with Paragraph 7.d of the Scheduling Order with respect to U.S. Patent Nos. 9,858,218 and 10,474,595 is extended to November 10, 2023.  This stipulation does not alter the Paragraph 7.d deadline with respect to U.S. Patent No. 10,217,523.  No party may use this extension as a basis to argue for or

against a stay of the case, nor may any party use this extension as a basis to request alteration of any deadlines in the case relating to U.S. Patent No. 10,217,523.

The parties further stipulate and agree, subject to the approval of the Court, that the deadline (D.I. 155) for Netlist, Inc. to serve its Reply Claim Construction brief is extended to September 14, 2023, the deadline for Defendants to serve their Sur-reply Claim Construction brief is extended to September 29, 2023, and the deadline for the parties to file their Joint Claim Construction brief is extended to October 2, 2023.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Counterclaim-Defendants Google LLC and Alphabet Inc.*

September 11, 2023

SHAW KELLER LLP

/s/ Emily S. DiBenedetto
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant Netlist, Inc.*

SO ORDERED this \_\_\_ day of _____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE