IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 25, 2023, the following document was served on Samsung-Netlist-COV@cov.com and on the persons listed below in the manner indicated:

1) Defendant and Counter-Plaintiff Netlist's First Supplemental Infringement Contentions

**BY EMAIL**
Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@morrisnichols.com

PLEASE TAKE FURTHER NOTICE that on September 26, 2023, the following document was served on QE-NetlistvGoogle@quinnemanuel.com and on the persons listed below in the manner indicated:

1) Defendant and Counter-Plaintiff Netlist's First Supplemental Infringement Contentions

**BY EMAIL**
Kelly E. Farnan
RICHARDS, LAYTON & FINGER, PA
One Rodney Square, Suite 600
920 N. King Street
Wilmington, DE 19801
(302) 651-7705
farnan@rlf.com

|  |  |
|---|---|
| OF COUNSEL:<br>Jason Sheasby<br>H. Annita Zhong<br>Thomas C. Werner<br>Michael Tezyan<br>Andrew J. Strabone<br>Yanan Zhao<br>David Z. Kahn<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067<br>(310) 277-1010<br><br>Rebecca Carson<br>Jonathan M. Lindsay<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660<br>(949) 760-0991<br><br>Dated: September 26, 2023 | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Netlist, Inc.* |