IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br>Plaintiffs and Counter-Defendants, <br><br>v. <br><br>NETLIST, INC., <br><br>Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br>Counter-Plaintiff, <br><br>v. <br><br>GOOGLE LLC AND ALPHABET INC., <br><br>Counter-Defendants. | ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

Having considered Netlist, Inc's Motion for Permission to Bring Electronic Devices Into the J. Caleb Boggs Federal Building and United States Courthouse, it is HEREBY ORDERED that the motion is **GRANTED**.

With appropriate identification and a copy of this Order, the following individuals may bring personal electronic devices to the courthouse for purposes of the Markman hearing scheduled for October 20, 2023:

- Jason Sheasby, Attorney for Netlist
- Jonathan M. Lindsay, Attorney for Netlist

The above individuals shall be treated as exempt under Paragraph 4 of the Court's Standing Order but shall comply with Paragraph 5 of the Standing Order.

**SO ORDERED**, this __19th__ day of __October__, 2023.

                                                                   _____
                                                                   The Honorable Jennifer L. Hall
                                                                   United States Magistrate Judge