IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NETLIST, INC.,<br><br>Defendant.<br><br>NETLIST, INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Counterclaim Defendants. | C.A. No. 21-1453 (RGA) (JLH) |

**MOTION FOR EXEMPTION OF PERSONS
FROM THE COURT'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc. ("Plaintiffs") hereby move for an order to exempt certain persons from the Court's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The Court's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal

Building and United States Courthouse, which require *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. A *Markman* hearing is scheduled in this case for October 20, 2023, in Courtroom 6D.

3. Certain outside counsel who intend to appear at the October 20, 2023 *Markman* hearing on behalf of Plaintiffs do not meet the exemptions listed in Paragraph 4 of the Standing Order. These counsel are in good standing, with at least one state bar admission in the United States; however, they do not possess a physical, hard-copy bar identification card. These persons include:

- Adam Mitchell
- Juwon (Alice) Ahn
- Eunjin Choi

WHEREFORE, Plaintiffs respectfully request that the Court issue an order, in the form attached hereto, to exempt certain persons from the Court's May 15, 2023 Standing Order.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Rodger D. Smith II (#3778) |
| Brian Nester | 1201 North Market Street |
| Peter Swanson | P.O. Box 1347 |
| COVINGTON & BURLING LLP | Wilmington, DE  19899 |
| One CityCenter | (302) 658-9200 |
| 850 Tenth Street, NW | jblumenfeld@morrisnichols.com |
| Washington, DC  20001-4956 | rsmith@morrisnichols.com |
| (202) 662-6000 | |
| | *Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.* |
| Alice J. Ahn | |
| COVINGTON & BURLING LLP | |
| Salesforce Tower | |
| 415 Mission Street, Suite 5400 | |
| San Francisco, CA  94105-2533 | |
| (415) 591-6000 | |
| | |
| October 19, 2023 | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 19, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason Sheasby, Esquire<br>H. Annita Zhong, Esquire<br>Michael Tezyan, Esquire<br>Yanan Zhao, Esquire<br>Thomas C. Werner, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan M. Lindsay, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA  92660<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Counter-Defendants*<br>*Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |

David A. Perlson, Esquire  *VIA ELECTRONIC MAIL*
Jonathan Tse, Esquire
Michael Trombetta, Esquire
Elle Wang, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

Deepa Acharya, Esquire  *VIA ELECTRONIC MAIL*
Jared Newton, Esquire
Sandy Shen, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, NW
Washington, DC 20005
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)