IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1453 (RGA) (JLH) |
| NETLIST, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**STATUS REPORT RE: SAMSUNG'S FORTHCOMING MOTION TO STAY**

Pursuant to this Court's Oral Order (D.I. 198), Plaintiffs Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung"), Defendant Netlist, Inc. ("Netlist"), and Counterclaim-Defendants Google LLC and Alphabet Inc. submit this status report regarding Samsung's forthcoming motion to stay based on the recent Ninth Circuit decision.  *See* D.I. 192.  Netlist requested that Samsung file its motion promptly.  Samsung stated that it will file its motion to stay on Thursday, October 26, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br><br>*Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.* | Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br><br>*Attorneys for Defendant Netlist, Inc.* |

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Counterclaim-Defendants Google LLC and Alphabet Inc.*

October 24, 2023