IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br><hr> NETLIST, INC., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counterclaim-Defendants. | C.A. No. 21-1453 (RGA) (JLH) |

**SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.'S MOTION TO STAY**

Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. (collectively, "Samsung") respectfully move to stay this litigation until the disposition of the earlier-filed action by Defendant and Counterclaim-Plaintiff Netlist, Inc. ("Netlist") concerning Samsung's license to the patents-in-suit—an action recently remanded to the Central District of California by the Ninth Circuit. *See Netlist Inc. v. Samsung Electronics Co., Ltd.*, No. 8:20-cv-00993-MCS (C.D. Cal.); D.I. 192, Ex. A (Ninth Circuit's Oct. 17, 2023 decision). The grounds for this motion are set forth in the Opening Brief filed herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Rodger D. Smith II (#3778) |
| Brian Nester | 1201 North Market Street |
| Peter Swanson | P.O. Box 1347 |
| Adam Mitchell | Wilmington, DE  19899 |
| COVINGTON & BURLING LLP | (302) 658-9200 |
| One CityCenter | jblumenfeld@morrisnichols.com |
| 850 Tenth Street, NW | rsmith@morrisnichols.com |
| Washington, DC  20001-4956 | |
| (202) 662-6000 | *Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.* |
| Alice J. Ahn | |
| Thomas E. Garten | |
| COVINGTON & BURLING LLP | |
| Salesforce Tower | |
| 415 Mission Street, Suite 5400 | |
| San Francisco, CA  94105-2533 | |
| (415) 591-6000 | |
| | |
| October 26, 2023 | |

## RULE 7.1.1 CERTIFICATE

Samsung has made reasonable efforts to resolve this dispute with Netlist. On October 19, 2023, counsel for Samsung informed counsel for Netlist that it would move to stay this litigation and requested Netlist's position on the motion. During the *Markman* hearing on October 20, 2023, counsel for Netlist represented that it would not agree to a stay. Counsel for Samsung contacted counsel for Netlist again on October 23, 2023, and Netlist agreed on the same day to a filing deadline of October 26, 2023, for this motion to stay.

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason Sheasby, Esquire<br>H. Annita Zhong, Esquire<br>Michael Tezyan, Esquire<br>Yanan Zhao, Esquire<br>Thomas C. Werner, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan M. Lindsay, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA  92660<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Counter-Defendants<br>Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |

David A. Perlson, Esquire                                                                          *VIA ELECTRONIC MAIL*
Jonathan Tse, Esquire
Michael Trombetta, Esquire
Elle Wang, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

Deepa Acharya, Esquire                                                                             *VIA ELECTRONIC MAIL*
Jared Newton, Esquire
Sandy Shen, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, NW
Washington, DC  20005
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

                                    */s/ Rodger D. Smith II*

                                    Rodger D. Smith II (#3778)