IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | ) ) ) ) ) ) ) ) C.A. No. 21-1453-RGA-JLH ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 17, 2023, the following documents were served on Samsung-Netlist-COV@cov.com, qe-netlistvgoogle@quinnemanuel.com, and on the persons listed below in the manner indicated:

1) Netlist, Inc's Notice of Subpoenas to Montage Technology, Inc.

2) Netlist, Inc's Notice of Subpoenas to Rambus, Inc.

3) Netlist, Inc's Notice of Subpoenas to Renesas Electronics America Inc.

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Kelly E. Farnan |
| Rodger D. Smith II | Sara M. Metzler |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, PA |
| 1201 North Market Street | One Rodney Square, Suite 600 |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7705 |
| jblumenfeld@morrisnichols.com | farnan@rlf.com |
| rsmith@morrisnichols.com | metzler@rlf.com |
| | |
| Alice J. Ahn | David A. Perlson |
| COVINGTON & BURLING LLP | Jonathan Tse |
| Salesforce Tower | Michael Trombetta |
| 415 Mission Street, Suite 5400 | Elle Wang |
| San Francisco, CA 94105-2533 | QUINN EMANUEL URQUHART |
| (415) 591-6000 |   & SULLIVAN, LLP |
| aahn@cov.com | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| Brian Nester | (415) 875-6600 |
| Peter A. Swanson | davidperlson@quinnemanuel.com |
| COVINGTON & BURLING LLP | jonathantse@quinnemanuel.com |
| One CityCenter | miketrombetta@quinnemanuel.com |
| 850 Tenth Street, NW | ellewang@quinnemanuel.com |
| Washington, DC 20001-4956 | |
| (202) 662-6000 | Deepa Acharya |
| bnester@cov.com | Jared Newton |
| pswanson@cov.com | QUINN EMANUEL URQUHART |
| |   & SULLIVAN, LLP |
| Thomas Garten | 1300 I Street, NW |
| COVINGTON & BURLING LLP | Washington, DC 20005 |
| 3000 El Camino Real | (202) 538-8107 |
| 5 Palo Alto Square, 10th Floor | deepaacharya@quinnemanuel.com |
| Palo Alto, CA 94306-2112 | jarednewton@quinnemanuel.com |
| (650) 632-4700 | |
| tgarten@cov.com | |

OF COUNSEL:
Jason Sheasby
H. Annita Zhong
Thomas C. Werner
Michael Tezyan
Andrew J. Strabone
Yanan Zhao
David Z. Kahn
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Rebecca Carson
Jonathan M. Lindsay
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

Dated: November 17, 2023

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*