# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., ) | C.A. No.  21-1453-RGA-JLH |
| Plaintiffs, ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| NETLIST, INC., ) | |
| Defendant. ) | |
| NETLIST, INC., ) | |
| Counter-Plaintiff, ) | |
| v. ) | |
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., ) | |
| Counter-Defendants. ) | |
| NETLIST, INC., ) | |
| Counter-Plaintiff, ) | |
| v. ) | |
| GOOGLE LLC AND ALPHABET INC., ) | |
| Counter-Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 21, 2023, true and correct copies of Google and Alphabet's First Set of Requests for Admission to Netlist, Inc. (Nos. 1-16) were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Karen E. Keller
Emily S. DiBenedetto
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Rebecca Carson
Jonathan M. Lindsay
Irell & Manella LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660

RLF1 30186772v.1

**<u>BY ELECTRONIC MAIL</u>**

Jason Sheasby
H. Annita Zhong
Thomas C. Werner
Michael Tezyan
Yanan Zhao
David Z. Kahn
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067


OF COUNSEL:

David A. Perlson
Jonathan Tse
Michael Trombetta
Elle Wang
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

Deepa Acharya
Jared Newton
Sandy Shen
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street, NW
Washington, DC 20005
(202) 538-8000


Dated:  November 21, 2023

*/s/ Kelly E. Farnan*　　　　　　　　
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorney for Defendants Google LLC and Alphabet Inc.*

2