IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant and Counter-Plaintiff. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendants. | C.A. No. 21-1453-RGA-JLH |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 22, 2023, the following document was served on Samsung-Netlist-COV@cov.com, qe-netlistvgoogle@quinnemanuel.com, and on the persons listed below in the manner indicated:

1) Netlist, Inc.'s First Set of Requests for Admission on Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Google LLC, and Alphabet Inc. (Nos. 1-2)

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Kelly E. Farnan |
| Rodger D. Smith II | Sara M. Metzler |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, PA |
| 1201 North Market Street | One Rodney Square, Suite 600 |
| P.O. Box 1347 | 920 N. King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7705 |
| jblumenfeld@morrisnichols.com | farnan@rlf.com |
| rsmith@morrisnichols.com | metzler@rlf.com |

<div style="display: flex;">
<div>

Alice J. Ahn
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000
aahn@cov.com

Brian Nester
Peter A. Swanson
Adam Mitchell
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
bnester@cov.com
pswanson@cov.com
amitchell@cov.com

Thomas Garten
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
tgarten@cov.com

OF COUNSEL:
Jason Sheasby
H. Annita Zhong
Thomas C. Werner
Michael Tezyan
Andrew J. Strabone
Yanan Zhao
David Z. Kahn
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

</div>
<div>

David A. Perlson
Jonathan Tse
Michael Trombetta
Elle Wang
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600
davidperlson@quinnemanuel.com
jonathantse@quinnemanuel.com
miketrombetta@quinnemanuel.com
ellewang@quinnemanuel.com

Deepa Acharya
Jared Newton
Sandy Shen
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
1300 I Street, NW
Washington, DC 20005
(202) 538-8107
deepaacharya@quinnemanuel.com
jarednewton@quinnemanuel.com
sandyshen@quinnemanuel.com


*/s/ Emily S. DiBenedetto*
Karen E. Keller (No. 4489)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Netlist, Inc.*

</div>
</div>

Rebecca Carson
Jonathan M. Lindsay
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
(949) 760-0991

Dated: November 22, 2023