

Emily S. DiBenedetto
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0713 - Direct
edibenedetto@shawkeller.com

November 27, 2023

**VIA CM/ECF**
Magistrate Judge Jennifer L. Hall
United States District Court
844 North King Street
Unit 17, Room 6312
Wilmington, DE 19801

    Re:    *Samsung Electronics Co., Ltd. et al. v. Netlist, Inc.*, C.A. No. 21-1453-RGA

Dear Judge Hall:

    Pursuant to D. Del. L.R. 7.1.4, Netlist, Inc. respectfully requests oral argument on Samsung Electronics Co. and Samsung Semiconductor, Inc.'s ("Samsung's") Motion to Stay ("Motion") (D.I. 202). Briefing on the motion is complete and may be found at D.I. 203, 207, and 210. The reply brief was filed on November 16, 2023. Alphabet, Inc. and Google LLC submitted a joinder to the Motion at D.I. 205.

                                  Respectfully,

                                  */s/ Emily S. DiBenedetto*

                                Emily S. DiBenedetto (No. 6779)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and email)