# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC., <br><br> Counter-Defendant. <br> NETLIST, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> GOOGLE LLC AND ALPHABET INC., <br><br> Counter-Defendant. | C.A. No. 21-1453-JLH |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that David A. Perlson, counsel for Defendants Google LLC and Alphabet Inc. has changed firm affiliation effective immediately, as follows:

> David A. Perlson
> Hogan Lovells US LLP
> 4 Embarcadero Center
> Suite 3500
> San Francisco, CA 94111
> david.perlson@hoganlovells.com
> Phone: (415) 374-2300

2

/s/ *Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

Dated: January 27, 2025

*Attorney for Defendants Google LLC and Alphabet Inc.*