IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br>Plaintiffs, <br><br>v. <br><br>NETLIST, INC., <br><br>Defendant. <br><br>─────────────────────────── <br><br>NETLIST, INC., <br><br>Counterclaim Plaintiff, <br><br>v. <br><br>GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., <br><br>Counterclaim Defendants. | C.A. No. 21-1453 (JLH) |

### NOTICE OF JURY VERDICT IN RELATED PROCEEDING

On December 1, 2023, the Court granted the motion to stay this action filed by Plaintiffs and Counterclaim–Defendants Samsung Electronics Co., Ltd. ("Samsung") and Samsung Semiconductor, Inc. ("SSI") in light of *Netlist Inc. v. Samsung Electronics Co., Ltd.*, No. 8:20-cv-00993-MCS-ADS, a co-pending contract action in the Central District of California. *See* D.I. 223 (Order); D.I. 202 (Motion). In its December 1, 2023 Order, the Court directed the parties to "notify the Court within 7 days of any action by the Central District of California (or any other court) pertaining to the parties['] rights under the JDLA that may merit lifting the stay." D.I. 223.

On March 24, 2025, a jury in the Central District of California Action issued its verdict, adopting Netlist's proffered meaning of the disputed provision of the contract. *See* Ex. A (Verdict Form). The Court has not entered judgment in the Central District of California Action.

Samsung intends to challenge the verdict in post-trial motions, and if the Court enters an adverse judgment, Samsung intends to appeal. For at least these reasons, the Court should maintain the stay in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.*

OF COUNSEL:

Brian Nester
Peter Swanson
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

Alice J. Ahn
Thomas E. Garten
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
(415) 591-6000

March 31, 2025

# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETLIST INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br><br> Defendant. | Case No. 8:20-cv-00993-WLH-ADS <br><br> **VERDICT FORM** |

1  **VERDICT**

2  We answer the questions submitted to us as follows:

3

4  **QUESTION NO. 1:**

5  At the time the parties entered the Joint Development and License Agreement
6  ("JDLA"), what did the parties intend Section 6.2 to mean?

7  __✓__ A. Samsung agreed to supply NAND and DRAM products to Netlist on
8  Netlist's request at a competitive price, not limited to use in the joint
9  development project.

10  _____ B. Samsung agreed to supply, pursuant to the JDLA, NAND and DRAM
11  products to Netlist only for the parties' NVDIMM-P joint development
12  project, on Netlist's request at a competitive price.

13

14  *If your answer to Question No. 1 is option A, do not answer Question No. 2, and have the*
15  *presiding juror sign and date this form.*

16

17  *If your answer to Question No. 1 is option B, answer Question No. 2.*

18

19  **QUESTION NO. 2:**

20  Did Netlist prove that Samsung materially breached its obligations under Section
21  6.2?

22  _____ Yes

23  _____ No

24  *Have the presiding juror sign and date this form.*

25

26  Dated: 03/24/25       Signed: **REDACTED**

27                                Presiding Juror

28

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 31, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason Sheasby, Esquire<br>H. Annita Zhong, Esquire<br>Michael Tezyan, Esquire<br>Thomas C. Werner, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan M. Lindsay, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA  92660<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Counter-Defendants<br>Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |

Jonathan Tse, Esquire                                           *VIA ELECTRONIC MAIL*
Michael Trombetta, Esquire
Elle Wang, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

Deepa Acharya, Esquire                                          *VIA ELECTRONIC MAIL*
Jared Newton, Esquire
Sandy Shen, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, NW
Washington, DC  20005
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

David A. Perlson, Esquire                                       *VIA ELECTRONIC MAIL*
HOGAN LOVELLS US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*


                                       */s/ Rodger D. Smith II*
                                       _____
                                       Rodger D. Smith II (#3778)

2