IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NETLIST, INC.,<br><br>　　　　Defendant.<br>_____<br>NETLIST, INC.,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC.,<br><br>　　　　Counterclaim Defendants. | C.A. No. 21-1453 (JLH) |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jack B. Blumenfeld of MORRIS, NICHOLS, ARSHT & TUNNELL LLP as counsel for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc. (collectively "Samsung") is hereby withdrawn. Samsung will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and COVINGTON & BURLING LLP.

2

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II*

                Rodger D. Smith II (#3778)
                Anthony D. Raucci (#5948)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE  19899
                (302) 658-9200
                rsmith@morrisnichols.com
                araucci@morrisnichols.com

                *Attorneys for Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductors, Inc.*

May 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 29, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason Sheasby, Esquire<br>H. Annita Zhong, Esquire<br>Michael Tezyan, Esquire<br>Thomas C. Werner, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jonathan M. Lindsay, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA  92660<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kelly E. Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Counter-Defendants*<br>*Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Jonathan Tse, Esquire<br>Michael Trombetta, Esquire<br>Elle Wang, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>*Attorneys for Counter-Defendants*<br>*Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |
| Deepa Acharya, Esquire<br>Jared Newton, Esquire<br>Sandy Shen, Esquire<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>1300 I Street, NW<br>Washington, DC  20005<br>*Attorneys for Counter-Defendants*<br>*Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |
| David A. Perlson, Esquire<br>HOGAN LOVELLS US LLP<br>4 Embarcadero Center<br>Suite 3500<br>San Francisco, CA 94111<br>*Attorneys for Counter-Defendants*<br>*Google LLC and Alphabet Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)