IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1453 (JLH) |
| NETLIST, INC., | ) ) ) | |
| Defendant. | ) ) | |
| NETLIST, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| GOOGLE LLC, ALPHABET INC.,<br>SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) | |
| Counterclaim Defendants. | ) | |

## STIPULATION TO EXTEND STAY AND [PROPOSED] ORDER

WHEREAS, on October 15, 2021, Samsung Electronics Co., Ltd. ("SEC") and Samsung Semiconductor, Inc. (together, "Samsung") filed the present action against Netlist, Inc. ("Netlist"), asserting, *inter alia*, a claim requesting a declaratory judgment that Samsung does not infringe certain Netlist patents, including U.S. Patent No. 10,217,523 (the "'523 patent"), and a claim that Netlist breached certain contractual obligations owed to Samsung, D.I. 1;

WHEREAS, on November 11, 2022, Netlist brought counterclaims against Google LLC and Alphabet Inc., D.I. 58;

1

WHEREAS, the only remaining patent claims in the present action relate to the '523 patent;

WHEREAS, on December 1, 2023, this Court issued an oral order staying all remaining claims in the present action in light of a decision by the Ninth Circuit in an action that Netlist filed against SEC in the Central District of California relating to Samsung and Netlist's Joint Development and License Agreement;

WHEREAS, on September 29, 2025, Netlist filed a complaint with the International Trade Commission ("ITC") against Samsung, asserting infringement of the '523 patent, among other patents, *Certain Dynamic Random Access Memory (DRAM) Devices, Products Containing the Same, and Components Thereof*, Inv. No. 337-TA-1472 ("*-1472 Investigation*");

WHEREAS, on December 29, 2025, the ITC instituted the *-1472 Investigation*;

WHEREAS, in view of the overlap between the present action and the *-1472 Investigation*, the parties agree that the present action should remain stayed pending resolution of the *-1472 Investigation*;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the present action will remain stayed until at least the final disposition of the *-1472 Investigation*, including any appeals therefrom.  The parties will notify the Court regarding the status of the Central District of California action, including any appeals therefrom, upon the final disposition of the *-1472 Investigation*.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
_____
Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs/Counterclaim-*
*Defendants Samsung Electronics Co., Ltd. and*
*Samsung Semiconductor, Inc.*

SHAW KELLER LLP

/s/ Emily S. DiBenedetto
_____
Karen E. Keller (#4489)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant/Counterclaim-*
*Plaintiff Netlist, Inc.*


RICHARDS, LAYTON & FINGER, P.A.

/s/ Kelly E. Farnan
_____
Kelly E. Farnan (#4395)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Counterclaim-Defendants*
*Google LLC and Alphabet Inc.*

June 5, 2026


SO ORDERED this 5th day of __June__ 2026.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE

3