IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1453 (JLH) |
| NETLIST, INC., | ) ) ) | |
| Defendant. | ) ) | |

|  |  |  |
|---|---|---|
| NETLIST, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG SEMICONDUCTOR, INC., | ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 25-626 (JLH) |
| v. | ) ) ) | |
| NETLIST, INC., | ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 25-1371 (JLH) |
| v. | ) ) ) |
| NETLIST, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Cameron Lindsay of KIRKLAND & ELLIS LLP as counsel for Plaintiffs is hereby withdrawn.  Plaintiffs will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP and KIRKLAND & ELLIS LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

July 24, 2026

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 24, 2026, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jason Sheasby, Esquire<br>H. Annita Zhong, Esquire<br>Michael Tezyan, Esquire<br>Thomas C. Werner, Esquire<br>Andrew J. Strabone, Esquire<br>David Z. Kahn, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Rebecca Carson, Esquire<br>Jonathan M. Lindsay, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA  92660<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel E. Yonan, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br>1101 K Street NW, 10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>*Attorneys for Defendant and Counterclaim Plaintiff* | *VIA ELECTRONIC MAIL* |

3

Kelly E. Farnan, Esquire                                *VIA ELECTRONIC MAIL*
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

Jonathan Tse, Esquire                                   *VIA ELECTRONIC MAIL*
Michael Trombetta, Esquire
Elle Wang, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

Deepa Acharya, Esquire                                  *VIA ELECTRONIC MAIL*
Jared Newton, Esquire
Sandy Shen, Esquire
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street, NW
Washington, DC  20005
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

David A. Perlson, Esquire                               *VIA ELECTRONIC MAIL*
HOGAN LOVELLS US LLP
4 Embarcadero Center
Suite 3500
San Francisco, CA 94111
*Attorneys for Counter-Defendants*
*Google LLC and Alphabet Inc.*

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)

4