IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NETLIST, INC.,<br><br>Defendant. | C.A. No. 21-1453-JLH |
| NETLIST, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>GOOGLE LLC, ALPHABET INC., SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG SEMICONDUCTOR, INC.,<br><br>Counterclaim-Defendants. | |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Pursuant to Rule 41(a)(1) and (c) of the Federal Rules of Civil Procedure, Plaintiffs and Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc. ("Samsung"), and Defendant and Counterclaim-Plaintiff Netlist, Inc. ("Netlist") hereby stipulate and agree that all claims asserted by Samsung against Netlist, all claims asserted by Netlist against Samsung, all defenses asserted by Netlist against Samsung, and all defenses asserted by Samsung against Netlist, in this action are hereby dismissed with prejudice. Netlist and Samsung shall bear their own costs and fees (including attorneys' fees) as to the claims dismissed by this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs/Counterclaim-Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor Inc.*

SHAW KELLER LLP

*/s/ Emily S. DiBenedetto*

Karen E. Keller (#4489)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendant/Counterclaim-Plaintiff Netlist, Inc.*

August 18, 2026

SO ORDERED this ___ day of _________ 2026.

______________________________________
UNITED STATES DISTRICT JUDGE